FILED
MAR - 1 2004
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
4/24/03

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Oceanic Exploration Company, et. al. ) | CASE NUMBER | 1:04CV00332 |
| ) | JUDGE: | Emmet G. Sullivan |
| vs Plaintiff ) Civil Action No. | DECK TYPE: | General Civil |
| ConocoPhillips, Inc., et. al. ) | DATE STAMP: | 03/01/2004 |
| Defendant ) | | |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **Plaintiff** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Oceanic Exploration Company** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

340828
BAR IDENTIFICATION NO.

Robert E. Scully, Jr.
Print Name

8133 Leesburg Pike, 9th Floor
Address

Vienna, Virginia 22182
City   State   Zip Code

(703) 790-1911
Phone Number