FILED

MAR - 1 2004


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
9/24/03

# United States District Court
## For the District of Columbia

| | | |
|---|---|---|
| Oceanic Exploration Company, et. al. | ) | CASE NUMBER 1:04CV00332 |
| | ) | JUDGE: Emmet G. Sullivan |
| vs Plaintiff | ) Civil Action N | DECK TYPE: General Civil |
| ConocoPhillips, Inc., et. al. | ) | DATE STAMP: 03/01/2004 |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __Plaintiff__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Petrotimor Companhia de Petroleos, S.A.R.L.__ which have any outstanding securities in the hands of the public:

Oceanic Exploration Company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

Robert E. Scully, Jr.
Print Name

__340828__
BAR IDENTIFICATION NO.

__8133 Leesburg Pike, 9th Floor__
Address

__Vienna, Virginia 22182__
City   State   Zip Code

__(703) 790-1911__
Phone Number

3