IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OCEANIC EXPLORATION COMPANY and PETROTIMOR COMPANHIA DE PETROLEOS S.A.R.L.,<br><br>    Plaintiffs<br><br>v.<br><br>CONOCOPHILLIPS, INC., et al.<br><br>    Defendants | No. 1:04-cv-00332-EGS |

**RESPONSE OF DEFENDANT TIMOR SEA DESIGNATED AUTHORITY FOR THE JOINT PETROLEUM DEVELOPMENT AREA TO MOTION OF CONOCOPHILLIPS DEFENDANTS FOR AN ORDER GOVERNING CONTACT OF CURRENT AND FORMER EMPLOYEES OF ADVERSE PARTIES**

This response to the Motion of ConocoPhillips for an Order Governing Contact of Current and Former Employees of Adverse Parties ("Motion") is filed on behalf of the defendant Timor Sea Designated Authority for the Joint Petroleum Development Area ("TSDA").

The ConocoPhillips defendants have filed their motion due to behavior of one of plaintiffs' investigators "in the context of the conspiratorial and scandalous claims that Petrotimor has leveled against ConocoPhillips, its affiliates, and their employees." ConocoPhillips Motion at 8. TSDA was not created until April 2, 2003, and therefore expects that none of these claims made by plaintiffs, about alleged events occurring before that time, have anything to do with TSDA or its employees. That being said, it appears that the conduct of Petrotimor's investigator as set forth in the ConocoPhillips Motion, if true, is inappropriate, and TSDA therefore supports appropriate measures (such as the ConocoPhillips proposed order) to

assure that any investigation in this case is conducted according to professional norms, and consents to the ConocoPhillips Motion.

Respectfully submitted,

/s/ Thomas Peele
B. Thomas Peele III (D.C. Bar #371268)
Lisa Murray (D.C. Bar #461209)
BAKER & MCKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

*Counsel to Defendant the Timor Sea Designated Authority for the Joint Petroleum Development Area*

July 23, 2004