UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Oceanic Exploration Company, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-07-815 |
| | § | |
| ConocoPhillips, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Order

1.     The motion to strike is denied.

2.     To resolve remaining issues, a conference is set:

Friday, April 18, 2008,
2:30 p.m.
Room 11122, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002.

Signed on April 16, 2008, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge