| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Oceanic Exploration Company, *et al.*, §
§
        Plaintiffs, §
§
*versus* §    Civil Action H-07-815
§
ConocoPhillips, *et al.*, §
§
        Defendants. §

# Final Judgment

Oceanic Exploration Company and Petrotimor Companhia de Petroleos, S.A.R.L. take nothing from the defendants, including:

ConocoPhillips (95-19) Pty. Ltd.,
ConocoPhillips (96-16) Pty. Ltd.,
ConocoPhillips (96-20) Pty. Ltd.,
ConocoPhillips Australia Pty. Ltd.,
ConocoPhillips Australia Gas H. Pty. Ltd.,
ConocoPhillips, Inc.,
ConocoPhillips JPDA Pty. Ltd.,
ConocoPhillips Pipeline Australia Pty. Ltd.,
ConocoPhillips STL Pty. Ltd.,
ConocoPhillips Wa-248 Pty. Ltd.,
Pertamina (Persero),
Phillips Indonesia, Inc.,

Phillips International Investment, Inc.,
ConocoPhillips (00-21) Pty. Ltd.,
ConocoPhillips (91-12) Pty. Ltd.,
ConocoPhillips (91-13) Pty. Ltd.,
Phillips Petroleum (96-20), Inc.,
Phillips Petroleum Company Zoc,
Phillips Petroleum Company Indonesia,
Phillips Petroleum LNG Pty. Ltd.,
Phillips Petroleum Prod. Indonesia, Inc.,
Phillips Petroleum Timor Sea Pty. Ltd.,
Phillips Petroleum Timor Sea, Inc.,

- The Timor Sea Designated Authority for the Joint Petroleum Development Area,

- The Timor Gap Joint Authority for the Zone of Cooperation, and
- Badan Pelaksana Kegiatan Usaha Hulu Minyak Dan Gas Bumi (BP Migas).

Signed on April 22, 2008, at Houston, Texas.

                              Lynn N. Hughes
                       United States District Judge