UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OCEANIC EXPLORATION COMPANY, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 4:07-cv-00815 |
| CONOCOPHILLIPS, INC., et al., | (JURY TRIAL) |
| Defendants. | |

**PLAINTIFFS' NOTICE OF APPEAL**
**AGAINST ALL PRESENT AND FORMER DEFENDANTS**

Notice is hereby given that Oceanic Exploration Company and Petrotimor Companhia de Petroleos, S.A.R.L. (collectively "Plaintiffs"), the Plaintiffs in the above-referenced civil action, hereby appeal to the United States Court of Appeals for the Fifth Circuit from a final judgment this Court entered in favor of all present and former Defendants. The original order dismissing all of Plaintiffs' claims against all Defendants was entered in this action on the 16th day of April, 2008. That Order was entitled "Interlocutory Order". A final judgment to the same effect was entered on the 22nd day of April, 2008.

Plaintiffs are also appealing other of this Court's (and its predecessor Court's) interlocutory rulings leading up to that final judgment, including but not limited to its predecessor's interlocutory dismissal rulings, this Court's two March 16, 2007 orders, and the oral and written orders of both Courts regarding the scheduling and discovery issues in these proceedings.

Respectfully Submitted,

DIAMOND MCCARTHY LLP

By: */s/ James D. McCarthy*
    Allan B. Diamond
    Texas State Bar No. 05801800
    Southern District No. 12310
    Julie N. Searle
    Texas Bar No. 24037162
    Southern District No. 37110
    Two Houston Center
    909 Fannin Street, Suite 1500
    Houston, Texas 77010
    Phone: (713) 333-5100
    Fax: (713) 333-5199

    James D. McCarthy
    Texas State Bar No. 13367700
    Southern District No. 14770
    J. Gregory Taylor
    Texas State Bar No. 19706100
    Southern District No. 12626
    MaryAnn Joerres
    Texas State Bar No. 10669750
    Southern District No. 20372
    1201 Elm Street, Suite 3400
    Dallas, Texas 75270
    Phone: 214/389-5307
    Fax: 214/389-5399

    COUNSEL FOR OCEANIC
    EXPLORATION COMPANY AND
    PETROTIMOR COMPANHIA de
    PETROLEOS, S.A.R.L.

**OF-COUNSEL**

John B. Quinn (admitted *pro hac vice*)
Richard Schirtzer (admitted *pro hac vice*)
James J. Webster (admitted *pro hac vice*)
Jon D. Corey (admitted *pro hac vice*)
QUINN EMANUEL URQUHART
OLIVER & HEDGES LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 624-7707
Fax (213) 624-0643

David Berg
Texas State Bar No. 02187000
Southern District No. 2155
BERG & ANDROPHY
3704 Travis
Houston, Texas 77002-9550
Phone: (713) 529-5622
Fax: (713) 529-3785

ATTORNEYS FOR PLAINTIFFS OCEANIC
EXPLORATION COMPANY AND PETROTIMOR
COMPANHIA DE PETROLEOS, S.A.R.I.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing PLAINTIFFS' NOTICE OF APPEAL was served upon the following persons by ECF notice on this, the 15th day of May, 2008, and by regular mail on all known counsel of record.

By  /s/  *Julie N. Searle*

**BY ECF NOTICE**

| | |
|---|---|
| Martin D. Beirne | mbeirne@bmpllp.com |
| David A. Pluchinsky | dpluchinsky@bmpllp.com |
| Darin Brooks | dbrooks@bmpllp.com |
| Beirne, Maynard & Parsons, LLP | |
| 1300 Post Oak Boulevard | |
| Suite 2500 | |
| Houston, Texas  77056 | |

| | |
|---|---|
| Herbert M. Wachtell | hmwachtell@wlrk.com |
| John F. Lynch | jlynch@wlrk.com |
| Wachtell, Lipton, Rosen & Katz | |
| 51 West 52nd Street | |
| New York, New York  10019 | |
| New York NY 10019 | |
| | |
| Finis E. Cowan, Jr. | finiscowan@yetterwarden.com |
| Collin J. Cox, | ccox@yetterwarden.com |
| YETTER & WARDEN, LLP | |
| Two Houston Center | |
| 909 Fannin, Suite 3600 | |
| Houston, Texas  77010 | |
| | |
| Ronald D. Krist | http://www.kristlaw.com |
| THE KRIST LAW FIRM, P.C. | |
| One Corporate Plaza | |
| 2525 Bay Area Blvd., Suite 410 | |
| Houston, Texas  77058 | |
| | |
| Thomas D. Yannucci, P.C. | tyannucci@kirkland.com |
| Michael D. Jones | mjones@kirkland.com |
| Brant W. Bishop | bbishop@kirkland.com |
| KIRKLAND & ELLIS, L.L.P. | |
| 655 Fifteenth Street, N.W. | |
| Washington, D.C. 20005 | |

**BY REGULAR MAIL**

Knox Bemis
DEWEY & LeBOEUF LLP
1101 New York Avenue, NW
Suite 1100
Washington, DC 20005

Benjamin Thomas Peele, III
Lisa A. Murray
BAKER AND McKENZIE LLP
815 Connecticut Avenue NW
Suite 900
Washington, D.C. 20006

Michael David Nolan
MILBANK TWEED, ET AL.
1825 K Street NW
Suite 1100
Washington, D.C. 20006

Jeffrey Barist
MILBANK TWEED, ET AL.
One Chase Manhattan Plaza
New York, N.Y. 10005