**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

MICHAEL N. MILBY                                                                                         P.O. BOX 61010
CLERK                                                                                                              HOUSTON, TX 77208

August 13, 2008

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE:
District Court Case No.: 4:07cv815
Circuit Court Case No.: 08-20338

Dear Mr. Fulbruge:

Enclosed is a printed copy of the certified supplemental electronic record on appeal in the above referenced matter. This record contains 1 volumes of the printed supplemental record on appeal.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process is complete.


Very Truly Yours,

Michael N. Milby, Clerk


   D.Power
Deputy Clerk